United States Courts
Southern District of Texas
FILED
February 23, 2022
Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| v. | § § | CRIMINAL NO.  4:22-cr-118 |
| ALBAGIR MOHAMEDELMAHDI ELMALIK | § § | |

# INDICTMENT

**THE GRAND JURY CHARGES THAT:**

## COUNT ONE

**(Assault of a Federal Officer)**

On or about July 7, 2021, in the Houston Division of the Southern District of Texas, the Defendant,

**ALBAGIR MOHAMEDELMAHDI ELMALIK**

Intentionally forcibly assaulted David Davila, a federal officer, who was engaged in the performance of his official duty or on account of the performance of official duties, and in doing so such acts involved physical contact with David Davila.

In violation of Title 18, United States Code, Section 111(a).

**A TRUE BILL:**

_____
**FOREPERSON OF THE GRAND JURY**

**JENNIFER LOWERY**
**UNITED STATES ATTORNEY**

BY: _____
    **John M. Lewis**
    **Assistant United States Attorney**