UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. 22-CR-0118 |
| ALBAGIR MOHAMEDELMAHDI ELMALIK, Defendant. | § § § § | |

## SUPERSEDING INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT ONE

(Assault of a Federal Officer)

On or about July 7, 2021, in the Houston Division of the Southern District of Texas, the Defendant,

**ALBAGIR MOHAMEDELMAHDI ELMALIK**

Intentionally assaulted David Davila, a federal officer, who was engaged in the performance of his official duty or on account of the performance of official duties.

In violation of Title 18, United States Code, Section 111(a).

ALAMDAR S. HAMDANI
UNITED STATES ATTORNEY

BY: _____
John M. Lewis
Assistant United States Attorney